*Pro Se 15 2016*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Edward L. Holmes II

_____

_____ .

Plaintiff(s),

v.

King County Sherrif, Et al.,
King County Superior Court, Etal,
QI3NEWS, Et al. ., Etal.,
Des Moines Municipal Court, Etal
Defendant(s).

CASE NO. 2:21-cv-01360 RSL
[to be filled in by Clerk's Office]

COMPLAINT FOR VIOLATION
OF CIVIL RIGHTS
(for use only by plaintiffs not in
custody)

Jury Trial: ☐ Yes  ☐ No

_____ FILED
_____ LODGED      **MAIL**
_____ RECEIVED

**OCT 04 2021**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

## I.  THE PARTIES TO THIS COMPLAINT

A.  Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name                EDWARD L. HOLMES II
Street Address      3943 KIVET Ct.
City and County     INDIANAPOLIS, INDIANA   46235
State and Zip Code
Telephone Number    317-938-9253

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 1

Pro Se 15 2016

B.    Defendant(s)

   *Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

   Defendant No. 1

         Name                              KING COUNTY SUPERIOR COURT, Et al
         Job or Title *(if known)*         401 4th AVE N, suite 2D
         Street Address                    Kent, WA 98032
         City and County
         State and Zip Code
         Telephone Number
         ☐ Individual capacity       ☐ Official capacity

   Defendant No. 2

         Name                              Des Moines Municipal court, Et al
         Job or Title *(if known)*
         Street Address                    21630 11th Ave S, Ste C
         City and County                   Des Moines, WA 98198
         State and Zip Code                (206) 878-4597
         Telephone Number
         ☐ Individual capacity       ☐ Official capacity

   Defendant No. 3

         Name                              King county sherrif, Et al
         Job or Title *(if known)*
         Street Address                    516 THIRD Ave ROOM W-116
         City and County                   Seattle, WA
         State and Zip Code                98104
         Telephone Number                  (206) 296-3311
         ☐ Individual capacity       ☐ Official capacity

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 2

Pro Se 15 2016

1

Defendant No. 4

2
Name    ~~for~~ QB New~~s~~ , Et al

Job or Title *(if known)*

3

Street Address    1813 Westlake Ave. N.

4
City and County    Seattle, WA

5
State and Zip Code    98109

Telephone Number    (206) 674 - 1305

6
☐ Individual capacity    ☐ Official capacity

7

8

9

**II.   PREVIOUS LAWSUITS**

Have you brought any other lawsuits in any federal court in the United States:?

10

☑ No     ☐ Yes     If yes, how many? _____

11

Describe the lawsuit:

12

13

14

15

16

Parties to this previous lawsuit:

17

18

19

20

21

Plaintiff(s)

22

23

24

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 3

Pro Se 15 2016

1

2

3        Defendant(s)

4        _____

5        _____

6        _____

7        _____

8        *(If there is more than one previous lawsuit, describe the additional lawsuits on another piece of paper using the same outline. Attach additional sheets, if necessary)*

9

         Court and name of district:

10       _____

11

         Docket Number: _____

12

         Assigned Judge: _____

13

         Disposition: *(For example, was the case dismissed as frivolous or for failure to state a*

14       *claim? Was it appealed? Is it still pending?)*

15       _____

16       _____

17       _____

18

         Approximate filing date of lawsuit: _____

19

         Approximate date of disposition: _____

20

21                      **III.    BASIS FOR JURISDICTION**

22            Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any

23       rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens*

24

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 4

Pro Se 15 2016

1    *v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may

2    sue federal officials for the violation of certain constitutional rights.

3    A.    Are you bringing suite against *(check all that apply)*:

4          ☑    Federal officials (a *Bivens* claim)

5          ☑    State or local officials (a § 1983 claim)

6    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or

7          immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are

8          suing under section 1983, what federal constitutional or statutory right(s) do you claim

9          is/are being violated by state or local officials?

10         Yes

11         _____

12         _____

13         _____

14   C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional

15         rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are

16         being violated by federal officials?

17         Racial Decrimination 42 U.S.C. § 1985 (1)(2)

18         Title III Phone calls Lonegan Vs. Hasty, 436 F. supp. 2d 415, 432 (E.D.N.Y)

19         42 U.S.C § 1983 wrongly accused, various forms of misconduct during prosecution

20         or criminal case, Denied fair trial inflammatory racial sterotype, abuse,

21         mental anguish to me and my family.

21   D.    Section 1983 allows defendants to be found liable only when they have acted "under

22         color of any    statute, ordinance, regulation, custom, or usage, of any State or Territory

23         or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983,

24         explain how each defendant acted under color of state or local law.  If you are suing

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 5

Pro Se 15 2016

1  under *Bivens*, explain how each defendant acted under color of federal law. Attach

2  additional pages if needed.

3  False charges, High bonds, exstentive warrants Held and

4  still being hold (in des moines) I went to every court

5  date and cooperated and completed sentenced.

6

7  **IV.   STATEMENT OF CLAIM**

8  *State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.*

9  *You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted,*

10  *number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

11

12

13

14

15  A.   Where did the events giving rise to your claim(s) occur?

16  I washington State

17

18  B.   What date and approximate time did the events giving rise to your claim(s) occur?

19  10/2017

20  C.   What are the facts underlying your claim(s)? *(For example: What happened to you?*

21  *Who did what? Was anyone else involved? Who else saw what happened?)*

22  I was falsly accused discriminataded

23  lied on put in the spotlight, threatend, attacted

24  put in jail, abused menteal, phycically

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 6

Pro Se 15 2016

1

## V.    INJURIES

2

3
*If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.*

4

5
I've been beaten in goustdy and Held past relese dates
and extended monitoring after relesed, Harassed by
officers

6

7

8

## VI.    RELIEF

9

10
*State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.*

11
$2,5 million dollars and record exspunged and
clear of charges and the news reports erased
from media

12

13

14

15

## VII.    CERTIFICATION AND CLOSING

16
Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my

17
knowledge, information, and belief that this complaint: (1) is not being presented for an improper

18
purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

19
(2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or

20
reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so

21
identified, will likely have evidentiary support after a reasonable opportunity for further

22
investigation or discovery; and (4) the complaint otherwise complies with the requirements of

23
Rule 11.

24

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 7

Pro Se 15 2016

1    I agree to provide the Clerk's Office with any changes to my address where case-related

2    papers may be served. I understand that my failure to keep a current address on file with the

3    Clerk's Office may result in the dismissal of my case.

4    Date of signing: _____

5    Signature of Plaintiff    _____

6    Printed Name of Plaintiff    *Edward Holmes II*

7

8    Date of signing: _____

9    Signature of Plaintiff    _____

10   Printed Name of Plaintiff    *Edward Holmes II*

11

12   Date of signing: _____

13   Signature of Plaintiff    _____

14   Printed Name of Plaintiff    *Edward Holmes II*

15

16

17

18

19

20

21

22

23

24

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 8

THe Washington Court system Has
Messed my life and still has me
bound I've Done my time
and went to every court date
and still have al 50,000 dollar
warrant over my head. IN
Des,moines Court for no reason.

If you go over every document
and reveiew the records and
files you will see the
misrepresentation an defitemend
of my rights as a American
Citizen these violalations
of me as a African
american male in this
country and I ~~should~~

LODGED
RECEIVED
OCT 04 2021
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                         DEPUTY

MAIL

be ~~awarded~~ awarded
my Demards

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018. All rights reserved.

FROM:

**PRIORITY MAIL**

FROM: Edward L. Holmes II
3948 Rivet ct
Indpls, IN 46235

TO: U.S. District Court
700 Stewart St., Suite 2310
Seattle, WA 98161

FILED
LODGED
RECEIVED

OCT 04 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

*UNITED STATES POSTAL SERVICE®*
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FOR DOMESTIC AND INTERNATIONAL USE

Label 228, March 2016

---

*UNITED STATES POSTAL SERVICE®*

**Retail**

US POSTAGE PAID
$7.95

Origin: 46208
09/30/21
1751030018-06

PRIORITY MAIL 2-DAY®

0 Lb 4.90 oz

1023

EXPECTED DELIVERY DAY: 10/04/21

C028

SHIP
TO:
700 STEWART ST
STE 2310
Seattle WA  98101-4442

USPS TRACKING® #

9505 5134 6117 1273 4466 75

PS00001000014

To schedule free
Package Pickup,
scan the QR code.

USPS.COM/PICKUP

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

* Domestic only.   × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.

This envelope is made from post-consumer waste. Please recycle - again.